**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Noel L. Hillman |
| v. | : | Crim. No. 21-506 |
| NICHOLAS BUCCIARELLI | : | **SCHEDULING ORDER** |

This matter having come before the Court for arraignment; and the United States being represented by Rachael A. Honig, Acting United States Attorney for the District of New Jersey (Samantha C. Fasanello and Robert Frazer, Assistant U.S. Attorneys, appearing); and the Defendant being represented by Robert N. Agre, Esq.; and the parties having conferred and agreed that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph three of this Court's Standing Order for Criminal Trial Scheduling (the "Standing Order"); and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 17th day of September, 2021, ORDERED that:

1. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on a rolling basis, with production of all discovery on or before September 17, 2021.

2. The Government shall provide exculpatory evidence, within the meaning of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963) and its progeny, on or before

September 17, 2021. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before October 1, 2021.

4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before October 15, 2021.

5. The following shall be the schedule for pretrial motions in this matter:

a) Any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, shall be filed on or before November 1, 2021;

b) Responses to the pretrial motions shall be filed on or before November ~~December~~ 22, 2021;

c) Replies shall be filed on or before December 6, 2021;

d) Oral argument on pretrial motions shall be on December 30, 2021 at 9:30 a.m.;

e) The Pretrial conference shall be held on Monday, January 3, 2022 at a time to be set by the Court;

2

f) The parties agree that, under paragraph 21 of the Standing Order, a period of less than 45 days between the final pretrial conference and the trial is reasonable in the circumstances of this case. The trial shall be scheduled for January 24, 2022.

_____
Honorable Noel L. Hillman
United States District Judge

_____
Robert Frazer
Samantha C. Fasanello
Assistant United States Attorneys

_____
Robert N. Agre, Esq.
Counsel for Defendant, Nicholas Bucciarelli

3