**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                                           **DATE OF PROCEEDINGS**

**JUDGE NOEL L. HILLMAN**                                   August 19, 2022

**COURT REPORTER: ANN MARIE MITCHELL**

**OTHER: DANIEL CARNEY, PROBATION OFFICER**

                                                                 **Docket #** CR. 21-00506-001(NLH)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
       vs.
NICHOLAS BUCCIARELLI
      **DEFENDANT PRESENT**

**APPEARANCE:**
Robert L. Frazer, AUSA and Samantha Christine Fasanello, AUSA for Government
Robert Nathaniel Agre, Esquire for defendant

**NATURE OF PROCEEDINGS:** SENTENCING ON A FIVE-COUNT INDICTMENT

Sentence: imprisonment 96 months on each of Counts 1-5, all counts to be served concurrently to each other and the sentence imposed in 1:21-cr-507(NLH).
Supervised Release: 4 years concurrently with conditions.
Special Assessment: $500.00.
Recommendation: that the Bureau pf Prisons designate a facility for service of this sentence as near as possible to defendant's home address.
Defendant advised of right to appeal.
Ordered defendant remanded to the custody of the U.S. Marshal.
Judgment Order to be entered.

Time commenced: 1:00 p.m.
Time Adjourned: 2:00 p.m.
Total Time: 1 Hour

                                                                        s/ Arthur Roney
                                                                       DEPUTY CLERK